UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-62694-DPG

RICHARD BRIAN AKERS, individually,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,
a national bank,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff RICHARD BRIAN AKERS and Defendant WELLS FARGO BANK, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the Complaint in the above-styled action, with each party to bear their own fees, costs and expenses, except as otherwise agreed by the parties.

Respectfully submitted this 3rd day of November, 2014.

## STIPULATION

| | |
|---|---|
| BRET L. LUSSKIN, Esq. | AARON S. WEISS, Esq. |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 20803 Biscayne Blvd., Ste. 302 | Carlton Fields, P.A. |
| Aventura, FL 33180 | 100 Southeast Second St., Ste. 420 |
| Telephone: (954) 454-5841 | Miami, FL 33131 |
| Facsimile: (954) 454-5844 | Telephone: (305) 530-0050 |
| blusskin@lusskinlaw.com | Facsimile: (305) 530-0055 |
| | E-Mail: aweiss@carltonfields.com |
| | |
| By: /s/ Bret L. Lusskin, Esq. | By: /s/ Aaron S. Weiss, Esq. |
|     Bret L. Lusskin, Esq. |     Aaron S. Weiss, Esq. |
|     Florida Bar No. 28069 |     Florida Bar No. 48813 |